UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                          |   |                              |
|--------------------------|---|------------------------------|
| IRA ALSTON,              | : |                              |
|   plaintiff,             | : |                              |
|                          | : |                              |
|     v.                   | : | CASE NO. 3:16-cv-1295 (AVC)  |
|                          | : |                              |
| SALIUS, ET AL.,          | : |                              |
|   defendants.            | : |                              |

### ORDER

The plaintiff, Ira Alston, has filed an amended complaint including Lieutenant Meulemans as a defendant. Lieutenant Meulemans no longer is employed by the Connecticut Department of Correction. In accordance with their agreement with the court, the Department of Correction Office of Legal Affairs forwarded the service packet to the last known address they have for Lieutenant Meulemans. The packet was returned, marked undeliverable, with a notation that it could not be forwarded by the United States Postal Service.

Absent a current address, the court cannot effect service on Lieutenant Meulemans. Alston is directed to provide a service address within thirty (30) days from the date of this order. If no address is provided, all claims against Lieutenant Meulemans will be dismissed without further notice from the court.

**SO ORDERED** this 2nd day of February 2017, at Hartford, Connecticut.

```
                              /s/
                     Alfred V. Covello
                     United States District Judge
```